The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HABTEAB TESFAMARIAM WELDEGHIORGIS, | No.  C10-1856-MJP |
| Plaintiff, | JOINT STIPULATION AND ORDER TO DISMISS COMPLAINT |
| v. | |
| MARILYN P. WILES, Director, Nebraska Service Center, United States Citizenship and Immigration Services, et al., | |
| Defendants. | |

COMES NOW the Plaintiff, by and through his counsel, Hilary Han, and the Defendants, by and through their counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and hereby stipulate to dismissal of Plaintiff's Complaint for Declaratory and Injunctive Relief.

WHEREAS on November 15, 2010, Plaintiff filed a Complaint asking the Court to compel Defendants to adjudicate Plaintiff's adjustment of status application.

WHEREAS Plaintiff's adjustment of status application was favorably approved on December 28, 2010.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the Court may make and enter the following order:

1.  Plaintiff's Complaint is DISMISSED with prejudice and without fees or costs to either party.


SO STIPULATED.
DATED this 3rd day of January, 2011.

/s/ Hilary Han
HILARY HAN, WSBA #33754
Attorney for Plaintiff


SO STIPULATED.
DATED this 3rd day of January, 2011.


JENNY A. DURKAN
United States Attorney

/s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
Attorney for Defendants


## ORDER

The Joint Stipulation and Order to Dismiss Complaint is Approved and Granted.

Plaintiff's Complaint is DISMISSED with prejudice, and without fees or costs to either party.


DATED this __5th__ day of __January_, 2011.


Marsha J. Pechman
U.S. District Judge


JOINT STIPULATION AND ORDER
TO DISMISS COMPLAINT – 2
(C10-1856-MJP)